■ In the Matter of MADGE FAULKNER, Doing Business as MADGE'S PARK INN, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— On the court's own motion: 1. The decision slip of this court dated June 17, 1968 is amended to read as follows: " Respondent's determination dated April 11, 1968, cancelling the petitioner's liquor license, modified, on the law, by (1) annulling the provisions cancelling the license and making demand for payment of the licensee's bond and (2) substituting therefor a provision suspending the license for 15 days, commencing as of July 15, 1968. As so modified, determination confirmed, without costs. No questions of fact have been considered. " In our opinion, under the circumstances herein, the punishment of a cancellation of petitioner's license was excessive." 2. The order of this court dated June 17, 1968 is amended accordingly. Motion by petitioner for a stay pending determination of proceeding. Motion dismissed as academic (see *Matter of Faulkner* v. *New York State Liq. Auth.*, 30 A D 2d 689, amd. herewith). Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ FLAVY B. BAUGHMAN, JR., Appellant, v. MICHAEL LIBASCI et al., Respondents.— Judgment of the Supreme Court, Queens County, entered August 1, 1967, reversed, on the law; new trial granted as to the cause for personal injuries, with costs to appellant to abide the event; and the cause for property injury is severed and an amended judgment is directed to be entered upon the trial court's dismissal of that cause at the close of plaintiff's case. Findings of fact implicit in the verdict of the jury on the cause for personal injuries are affirmed. In this action stemming from a vehicular collision at an intersection controlled by traffic lights, it was error for the court to refuse to charge that a motorist, passing through a green light, has the right to assume that cross-traffic will heed the red light (*Shea* v. *Judson*, 283 N. Y. 393; *Healy* v. *Rennert*, 9 N Y 2d 202; *Foley* v. *State of New York*, 265 App. Div. 682). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.